WILLIAM E. KENNY et al., Appellants, v. FLOYD A. TERWILLIGER et al., Respondents.— Order reversed on the law, with $10 costs and disbursements, and motion granted, with $10 costs, with leave to plead over within twenty days after service of a copy of the order, upon payment of the costs of the motion and of this appeal. Memorandum: The separate defense, as alleged in the answer, constitutes only a partial defense to the cause of action alleged in the complaint. Section 262 of the Civil Practice Act requires a partial defense in an answer to be so designated. The defendant may plead over in an amended answer in the same language as a partial defense, or set forth additional allegations which may constitute a complete defense. All concur. (Appeal from an order denying plaintiffs' motion to strike out an affirmative defense in defendants' answer.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

DONALD RICE et al., Constituting the Board of Trustees of Ripley Central School District No. 1, Town of Ripley, Respondents, v. HAROLD CALDWELL, Appellant.— Judgment affirmed, with costs. Memorandum: We agree with the decision of the Trial Justice that the defendant was a complete stranger to this title and that he had no rights whatsoever to the property in question. (See *Upington* v. *Corrigan*, 151 N. Y. 143, and *Deering* v. *Reilly*, 167 N. Y. 184.) All concur. (Appeal from a judgment for plaintiffs in an ejectment action.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [201 Misc. 952.]

■

ROY F. TETOR, Respondent, v. DOROTHY E. STANSBURY, Individually and as Administratrix of the Estate of REINZI T. STANSBURY, Deceased, et al., Appellants.— Order affirmed, with $10 costs and disbursements. Memorandum: The proposed amendment setting up section 36 of the Civil Practice Act has no applicability to an action of this character. All concur. (Appeal from an order denying defendants' motion for leave to serve an amended answer.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

■

In the Matter of DINAH R. ROSENBLATT.— Motions denied in all respects. Memorandum: The papers upon which the applications are made do not in our opinion warrant the relief sought.

## FIRST DEPARTMENT, APRIL, 1952.

### (April 30, 1952.)

■

In the Matter of MICHAEL J. BARRY, Respondent, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, Appellants.— Motion transferred to the Appellate Division, Second Department, on the authority of *Matter of Lacqua* v. *O'Connell*, decided April 1, 1952 (280 App. Div. 31), for hearing and determination. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.